IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:18-cr-03053-MDH |
| ) | |
| JESSE L. WEDDINGTON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Defendant Jesse L. Weddington's ("Defendant's") pro se motion for compassionate release. (Doc. 73). The Government opposes Defendant's Motion. The Government argues Defendant has not alleged facts that show extraordinary and compelling reasons to warrant a reduction. (Doc. 74). This Court has denied a previous Motion for Compassionate Release from Defendant. (Doc. 55).

In 2018, Defendant pled guilty to Counts One and Two of the Indictment. (Doc. 29). Specifically, Defendant pled guilty to possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A). (Doc. 29). This Court sentenced Defendant to 132 months imprisonment on Count One and an additional 60 consecutive months imprisonment on Count Two, totaling 192 months imprisonment. (Doc. 38). The Court also sentenced Defendant to concurrent terms of three and five years of supervised release following imprisonment. (Doc. 38). Defendant's projected release date is December 20, 2031. For sentencing purposes, Defendant was determined to be a "career offender" under § 4B1.1. (Doc. 32 at ¶ 40). Defendant's current motion contends that extraordinary reasons

exist due to his son's mental health diagnoses, his general rehabilitation while in custody, and an inability to earn sentence reduction credits due to a firearms conviction.

After careful consideration of the record before the Court, including the arguments contained in the government's response, the Court hereby **DENIES** Defendant's motion. The Court finds that the Defendant has not established that his situation is so extraordinary or compelling that he should be immediately released.

**IT IS SO ORDERED**.

DATED: January 18, 2024             */s/ Douglas Harpool*
                                    **DOUGLAS HARPOOL**
                                    **UNITED STATES DISTRICT JUDGE**